SEALED

FILED

MAY 0 8 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO. 4:13-mj-1047

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> Commercial Fishing Vessel ) <br> LITTLE SAMMIE, US Coast Guard ) <br> Documentation Number 617478 ) | **SEAL ORDER** |

Upon motion of the United States and for good cause shown, namely, to avoid compromising an ongoing investigation as set out in the motion, it is hereby ORDERED that the Application and Affidavit for Search Warrant regarding the captioned matter, and the instant Motion and Order to Seal, be sealed by the Clerk for a period of thirty (30) days from this date, except as otherwise ordered by this Court; provided that a certified copy of the same be given to the National Oceanic and Atmospheric Administration and the Office of the United States Attorney.

SO ORDERED, this the 3rd day of May 2013.

_____
James E. Gates
United States Magistrate Judge